## UNITED STATES COURT OF INTERNATIONAL TRADE

**FORM 1**

LIN ENGINEERING, INC.

**Plaintiff,**

v.

UNITED STATES,

**Defendant.**

**S U M M O N S**

Court No. 24-00007

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles, etc. | Center (if known): | CEE007 - Electronics |
| Protest Number: | 2704-23-165522, etc. | Date Protest Filed: | 03/29/2023 etc. |
| Importer: | Lin Engineering | Date Protest Denied: | 07/17/2023 etc. |
| Category of Merchandise: | Electronics | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8QH21018764 | 11/02/2021 | 9/30/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, California 90017
Tel: (213) 630-8888 E-mail: cduncan@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| See attached. |  |  |  |  |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Customs decided these Lin Engineering electric stepper motors are not eligible for a Section 301 tariff exclusion. Contrary to Customs' position, these motors are eligible for a Section 301 tariff exclusion.

The issue which was common to all such denied protests:
Whether these Lin Engineering electric stepper motors are eligible for a Section 301 exclusion.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Christopher J. Duncan
*Signature of Plaintiff's Attorney*
January 9, 2024
*Date*

## SCHEDULE OF PROTESTS

CEE007 - Electronics

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-23-165522 | 03/29/2023 | 7/17/2023 | 8QH21018764 | 11/02/2021 | 09/30/2022 | 2704 |
| 2704-23-165585 | 03/31/2023 | 7/17/2023 | 8QH21019754 | 11/08/2021 | 10/07/2022 | 2704 |
| 2704-23-165585 | 03/31/2023 | 7/17/2023 | K8021368304 | 11/10/2021 | 10/07/2022 | 2704 |
| 2704-23-165585 | 03/31/2023 | 7/17/2023 | K8021369583 | 11/12/2021 | 10/14/2022 | 2809 |
| 2704-23-165585 | 03/31/2023 | 7/17/2023 | K8021369815 | 11/12/2021 | 10/14/2022 | 2809 |
| 2704-23-165585 | 03/31/2023 | 7/17/2023 | K8021372983 | 11/17/2021 | 10/14/2022 | 2809 |
| 2704-23-166032 | 04/26/2023 | 7/17/2023 | K8021374278 | 12/01/2021 | 10/28/2022 | 2704 |
| 2704-23-166032 | 04/26/2023 | 7/17/2023 | K8021376208 | 11/30/2021 | 10/28/2022 | 2809 |
| 2704-23-166032 | 04/26/2023 | 7/17/2023 | K8021376224 | 11/30/2021 | 10/28/2022 | 2809 |
| 2801-23-101933 | 04/19/2023 | 7/17/2023 | K8060139731 | 11/23/2021 | 10/21/2022 | 2801 |
| 2704-23-166149 | 05/03/2023 | 7/17/2023 | 8QH21021024 | 12/06/2021 | 11/04/2022 | 2704 |
| 2704-23-166149 | 05/03/2023 | 7/17/2023 | 8QH21021040 | 12/06/2021 | 11/04/2022 | 2704 |
| 2704-23-166149 | 05/03/2023 | 7/17/2023 | 8QH21021263 | 12/09/2021 | 11/04/2022 | 2801 |
| 2704-23-166149 | 05/03/2023 | 7/17/2023 | 8QH21021800 | 12/22/2021 | 11/04/2022 | 2704 |
| 2704-23-166226 | 05/09/2023 | 7/21/2023 | 8QH21021404 | 12/13/2021 | 11/11/2022 | 2704 |
| 2704-23-166226 | 05/09/2023 | 7/21/2023 | K8021377412 | 12/14/2021 | 11/11/2022 | 2704 |
| 2704-23-166226 | 05/09/2023 | 7/21/2023 | K8021382859 | 12/16/2021 | 11/11/2022 | 2809 |
| 2704-23-166226 | 05/09/2023 | 7/21/2023 | 8QH21021412 | 12/13/2021 | 11/11/2022 | 2704 |
| 2704-23-166150 | 05/03/2023 | 7/25/2023 | 8QH22004557 | 02/27/2022 | 11/04/2022 | 2704 |
| 2704-23-168634 | 11/27/2023 | 12/15/2023 | K8021447058 | 07/03/2022 | 06/02/2023 | 2704 |
| 2809-23-110642 | 11/08/2023 | 12/19/2023 | K8021440491 | 06/14/2022 | 05/12/2023 | 2809 |
| 2704-23-168377 | 10/25/2023 | 12/15/2023 | K8021435780 | 05/29/2022 | 04/28/2023 | 2704 |
| 2704-23-168377 | 10/25/2023 | 12/15/2023 | K8021438016 | 06/05/2022 | 04/28/2023 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

## SCHEDULE OF PROTESTS

CEE007 - Electronics

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-23-168602 | 11/22/2023 | 1/08/2024 | K802144498 | 6/29/2022 | 5/26/2023 | 2809 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | 8QH22005067 | 3/07/2022 | 2/03/2023 | 2801 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | 8QH22005083 | 3/07/2022 | 2/03/2023 | 2704 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | 8QH22005687 | 3/21/2022 | 2/17/2023 | 2704 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | K8021408548 | 3/10/2022 | 2/03/2023 | 2809 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | K8021412748 | 3/21/2022 | 2/17/2023 | 2809 |
| 2809-23-110392 | 08/02/2023 | 9/25/2023 | K8021413910 | 3/22/2022 | 2/17/2023 | 2809 |
| 2704-23-167108 | 07/05/2023 | 9/25/2023 | 8QH22003898 | 2/07/2022 | 1/06/2023 | 2704 |
| 2704-23-167108 | 07/05/2023 | 9/25/2023 | 8QH22003914 | 2/07/2022 | 9/29/2023 | 2704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

| Merchandise | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| | Tariff Classification | Rate | Tariff Classification | Rate |
| Electric stepper motors | 8501.10.4080 (9903.88.01) | 4% (25%) | 8501.31.4000 (9903.88.67) | 4% (No China Tariff) |
| | 8501.10.4080 (9903.88.01) | 4% (25%) | 8501.10.4060 (9903.88.67) | 4.4% (No China Tariff) |
| | 8501.10.4080 (9903.88.02) | 4% (25%) | 8501.10.4060 (9903.88.67) | 4.4% (No China Tariff) |
| | 8501.10.6040 (9903.88.02) | 2.8% (25%) | 8501.31.2000 (9903.88.67) | 2.8% (No China Tariff) |
| | 8501.10.6040 (9903.88.02) | 2.8% (25%) | 8501.31.4000 (9903.88.67) | 4% (No China Tariff) |
| | 8501.10.6080 (9903.88.02) | 2.8% (25%) | 8501.10.4060 (9903.88.67) | 4.4% (No China Tariff) |
| | 8501.10.6080 (9903.88.02) | 2.8% (25%) | 8501.31.4000 (9903.88.67) | 4% (No China Tariff) |
| | 8501.31.4000 (9903.88.02) | 4% (25%) | 8501.31.4000 (9903.88.67) | 4% (No China Tariff) |